# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 904 |
| | : |
| APPOINTMENT TO CONTINUING | : SUPREME COURT RULES DOCKET |
| JUDICIAL EDUCATION BOARD OF | : |
| JUDGES | : |
| | : |

## ORDER

**PER CURIAM**

**AND NOW,** this 21st day of January, 2022, the Honorable Albert H. Masland, Cumberland County, is hereby appointed to the Continuing Judicial Education Board of Judges for a term expiring December 31, 2024.